NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2020-CA-0175

Cleartrac, LLC

- - Versus - -

Lanrick Contractors, LLC

21st Judicial District Court
Case #: 20170002180
Tangipahoa Parish

On Application for Rehearing filed on 11/17/2020 by Lanrick Contractors, LLC
Rehearing _DENIED_ .

_____
Vanessa Guidry Whipple

_____
Jewel E. "Duke" Welch

_____
Wayne Ray Chutz

Date ___DEC 1 6 2020___

_____
Rodd Naquin, Clerk